UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---:|
| UNITED STATES OF AMERICA, | PLAINTIFF |
| v. | CRIMINAL ACTION NO. 3:05-CR-00005-CRS |
| MARVIN DONTRAIL BROOKINS | DEFENDANT |

Opinion and Order

Petitioner Marvin Dontrail Brookins filed a *pro se* motion for sentence reduction. *See* 18 U.S.C. § 3582(c)(2). On November 4, 2015, this Court denied the motion, finding that his career offender status determined his original sentence, and his original sentence was not based on a guideline range that the U.S. Sentencing Commission has since lowered. Order Nov. 4, 2015, ECF No. 65. This Court also noted that Brookins received the statutory mandatory minimum sentence, and his sentence was "based on the statutory minimum, not a guideline range." *Id.*

Brookins moves for leave to proceed on appeal *in forma pauperis*. This Court previously determined that Brookins was financially unable to obtain an adequate defense in his criminal case. *See* Fed. R. App. P. 24(a)(3). The Federal Defender's Office represented him throughout his original proceeding and sentence, on direct appeal, and on a recent collateral attack under 28 U.S.C. § 2255.

The same reasons that caused the Court to deny the most recent motion for a sentence reduction also compel the Court to find that an appeal would not be taken in good faith. *See* Fed. R. App. P. 24(a)(3)(A).

The Court **CERTIFIES** that the appeal herein is not taken in good faith.  See Fed. R. App. P. 24(a)(4)(A).  Accordingly, the Court **DENIES** Brookins' motion for leave to proceed *in forma pauperis* on appeal.  See Fed. R. App. P. 24(a)(4)(B).

The Court **ORDERS** that within 30 days of service of this Order, Brookins **must either** (1) **pay the $505.00 appellate filing fee** to the Clerk of the District Court, **or** (2) **file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit** within thirty days of receiving notice of this order.  See Fed. R. App. P. 24(a)(5).

If Brookins chooses to pay the full $505.00 appellate filing fee rather than file a motion to proceed on appeal *in forma pauperis* in the Court of Appeals, payment shall be made payable to Clerk, U.S. District Court and mailed to or made in person at the following address:

United States District Court

Western District of Kentucky

106 Gene Snyder Courthouse

601 West Broadway

Louisville, Kentucky 40202

The Court **WARNS** Brookins that **failure to pay** the $505.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit **within 30 days may result in dismissal** of his appeal.

The Court **DIRECTS** the Clerk of Court to send a copy of this Order to Brookins and to the United States Court of Appeals for the Sixth Circuit.

May 4, 2016

**Charles R. Simpson III, Senior Judge**
**United States District Court**

2